Org.

**FILED**
JUN 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(PR)

| | |
|---|---|
| CAMERON HOOKER | CV 08   2887 |
| Plaintiff, | CASE NO. _____ |
| vs. | PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS |
| KEN CLARK | |
| Defendant. | |

WHA

I, __Cameron Hooker__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes _X_ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __From 3 to 12 dollars__   Net: __From 1 to 4 dollars__

Employer: __T. Swinford, California Substance Abuse Treatment Facility and State Prison, 900 Quebec Ave., Corcoran, CA. 93212__

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  Diamond International, at Red Bluff California, 24 years ago.
4  _____
5  _____

6  2.   Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8     a.   Business, Profession or                   Yes ____ No _X_
9          self employment
10    b.   Income from stocks, bonds,                Yes ____ No _X_
11         or royalties?
12    c.   Rent payments?                            Yes ____ No _X_
13    d.   Pensions, annuities, or                   Yes ____ No _X_
14         life insurance payments?
15    e.   Federal or State welfare payments,        Yes ____ No _X_
16         Social Security or other govern-
17         ment source?
18 If the answer is "yes" to any of the above, describe each source of money and state the amount
19 received from each.
20 _____
21 _____
22 3.   Are you married?                              Yes ____ No _X_
23 Spouse's Full Name: _____
24 Spouse's Place of Employment: _____
25 Spouse's Monthly Salary, Wages or Income:
26 Gross $_____ Net $_____
27 4.   a.   List amount you contribute to your spouse's support : $ _____
28      b.   List the persons other than your spouse who are dependent upon you for support
PRIS. APPLIC. TO PROC. IN FORMA

1  and indicate how much you contribute toward their support. (NOTE: For minor
2  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3  _____
4  _____

5. Do you own or are you buying a home?  Yes ____ No __X__

Estimated Market Value: $_____  Amount of Mortgage: $_____

6. Do you own an automobile?  Yes ____ No __X__

Make _____ Year _____ Model _____

Is it financed? Yes ____ No ____ If so, Total due: $_____

Monthly Payment: $_____

7. Do you have a bank account? Yes ____ No __X__ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $_____

Do you own any cash? Yes ____ No __X__ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No __X__

_____

8. What are your monthly expenses?

Rent: $ __NONE__          Utilities: __NONE__

Food: $ __NONE__          Clothing: __NONE__

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| NONE | $ NONE | $ NONE |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA

1 | NONE

2

3   10.   Does the complaint which you are seeking to file raise claims that have been presented in
4   other lawsuits?                                              Yes ___ No _X_
5   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6   they were filed.

7

8

9         I consent to prison officials withdrawing from my trust account and paying to the court the
10  initial partial filing fee and all installment payments required by the court.
11        I declare under the penalty of perjury that the foregoing is true and correct and understand
12  that a false statement herein may result in the dismissal of my claims.

13

14  5/26/08                                    *Cameron Hoehn* (signature)

15     DATE                                          SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA