Date : 7/03/08

From : Cameron Hooker   D-18324
       P.O. Box 5248   (A3-178U)
       Corcoran, CA. 93212-5245

To   : U.S. District Court
       450 Golden Gate Ave.
       P.O. Box 36060
       San Francisco, CA. 94102-9680

FILED

Pro Se

C08-2887 WHA

Dear Clerk of the Court,

   The Librarian on A-yard here at SATF is telling us that the library will no longer make the court required copies. She will only make one copy of a legal document for us to send to the court and the courts have agreed to make the additional copies from that document including mailing copies to tne Defendant's and a verified copy for our selves.

   This does not sound correct, can you please verify and give us what ever assistance you can.

                                          Respectfully submitted,

                                          Cameron Hooker
                                          Cameron Hooker D-18324

CDCR/STATE PRISON AT CORCORAN
P.O. 5248
CORCORAN, CA 93212

NAME CAMERON HOOKER
NUMBER D-18324
HOUSING A3-178U

**STATE PRISON GENERATED MAIL**

U.S. DISTRICT COURT
450 GOLDEN GATE AVE.
P.O. BOX 36060
SAN FRANCISCO, CA. 94102-9680

94102-9680

$ 00.42°
JUL 08 2008
MAILED FROM ZIP CODE 93212