IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON HOOKER, | No. C 08-2887 WHA (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| KEN CLARK, Warden, | |
| Respondent. | |

The court having entered a ruling today dismissing petitioner's habeas petition, judgment is entered in favor of respondent. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: July  11 , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.08\HOOKER2887.JUD.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CAMERON HOOKER,

        Plaintiff,

  v.

KEN CLARK et al,

        Defendant.

Case Number: CV08-02887 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cameron Hooker
D-18324/ A3-178U
California Substance Abuse Treatment Facility
PO Box 5248
Corcoran, CA 93212-5248

Dated: July 14, 2008

                              Richard W. Wieking, Clerk
                              By: D. Toland, Deputy Clerk