IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON HOOKER,<br><br>    Petitioner,<br><br>  v.<br><br>KEN CLARK, Warden,<br><br>    Respondent.<br>_____/ | No. C 08-2887 WHA (PR)<br><br>**ORDER NUNC PRO TUNC** |

    The order of dismissal entered in this case on July 14, 2008, was erroneously captioned "Order to Show Cause." The caption is amended nunc pro tunc to read "Order of Dismissal." The clerk shall modify the docket appropriately.

    **IT IS SO ORDERED.**

Dated: August __1__, 2008.

                                    WILLIAM ALSUP<br>                                    UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.08\HOOKER2887.NPT.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CAMERON HOOKER,

        Plaintiff,

  v.

KEN CLARK et al,

        Defendant.
    /

Case Number: CV08-02887 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cameron Hooker
D-18324/ A3-178U
California Substance Abuse Treatment Facility
PO Box 5248
Corcoran, CA 93212-5248

Dated: August 1, 2008

                              Richard W. Wieking, Clerk
                              By: D. Toland, Deputy Clerk